UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

UNITED STATES OF AMERICA

          :    CONSENT PRELIMINARY ORDER
   - v. -                                  OF FORFEITURE/
          :    <u>MONEY JUDGMENT</u>

HENRY SANTIAGO JR.,
          :    24 Cr. 538 (LJL)

      Defendant.
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about September 10, 2024, HENRY SANTIAGO JR. (the "Defendant"), was charged in a four-count Information, 24 Cr. 538 (LJL) (the "Information"), with conspiracy to bribe an agent of organization receiving federal funds, in violation of Title 18, United States Code, Section 371 (Count One); bribery of an agent of an organization receiving federal funds, in violation of Title 18, United States Code, Sections 666(a)(2) and 2 (Count Two); conspiracy to commit honest services wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Three); and honest services wire fraud, in violation of Title 18, United States Code, Sections 1343, 1346, and 2 (Count Four);

WHEREAS, the Information included a forfeiture allegation as to Counts One through Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Four of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Four of the Information;

WHEREAS, on or about September 10, 2024, the Defendant pled guilty to Counts One through Four of the Information, pursuant to a cooperation agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Four of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), a sum of money in United States currency, representing the proceeds traceable to the commission of the offenses charged in Counts One through Four of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $190,000 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants, Brian Cordasco and Anthony Saccavino, (collectively, the "Co-defendants") and the forfeiture money judgments entered against the Co-defendants in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Four of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Matthew J. King, of counsel, and the Defendant and his counsel, Joseph Benfante, Esq., that:

1.      As a result of the offenses charged in Counts One through Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of $190,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to

the offenses charged in Counts One through Four of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-defendants and the forfeiture money judgments entered against the Co-defendants in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant HENRY SANTIAGO JR., and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____           7/15/25
    MATTHEW J. KING                             DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2384

HENRY SANTIAGO JR.

By: _____           7/15/25
    HENRY SANTIAGO JR.                         DATE

By: _____           7/15/25
    JOSEPH BENFANTE, ESQ.                      DATE
    Attorney for Defendant
    225 Broadway, Suite 2700
    New York, NY 10007


SO ORDERED:
_____               7/15/2025
HONORABLE LEWIS J. LIMAN                       DATE
UNITED STATES DISTRICT JUDGE